**No. 09-8158. Ronald G. Dandar, Petitioner v. Mark Krysevig, et al.**

559 U.S. 968, 130 S. Ct. 1694, 176 L. Ed. 2d 177, 2010 U.S. LEXIS 1971.

March 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

---

**No. 09-8242. Thomas A. Vivone, Petitioner v. Thomas F. Simon, Clerk, Supreme Court of Missouri.**

559 U.S. 968, 130 S. Ct. 1701, 176 L. Ed. 2d 177, 2010 U.S. LEXIS 1982.

March 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Missouri dismissed. See Rule 39.8.

---

**No. 09-8259. Mike Redford, Petitioner v. Gwinnett County Judicial Circuit, et al.**

559 U.S. 968, 130 S. Ct. 1702, 176 L. Ed. 2d 177, 2010 U.S. LEXIS 1915.

March 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 350 Fed. Appx. 341.

---

**No. 09-8604. Donald W. Doerr, Petitioner v. Dan Walker, et al.**

559 U.S. 968, 130 S. Ct. 1714, 176 L. Ed. 2d 177, 2010 U.S. LEXIS 1927.

March 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, dismissed. See Rule 39.8.

---

**No. 09A389 (09-8568). Pocahontas Cooley, Applicant v. Paul J. Kelly, et ux.**

559 U.S. 968, 130 S. Ct. 1729, 176 L. Ed. 2d 177, 2010 U.S. LEXIS 2030.

March 1, 2010. Application for stay, addressed to Justice Thomas and referred to the Court, denied.

---

**No. 09M71. Angel Pablo Cruzata, Petitioner v. Victor Almager, Warden.**

559 U.S. 968, 130 S. Ct. 1729, 176 L. Ed. 2d 177, 2010 U.S. LEXIS 2122.

March 1, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.